UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN ALLEN FLEURY,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, F.C.I. LOMPOC,<br><br>    Respondent. | NO. CV 19-7235-JAK (FFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: September 5, 2019

_____
JOHN A. KRONSTADT
United States District Judge